# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-057-DCK

| | |
|---|---|
| LYNNETTE COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLOTTE MECKLENBURG SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the docket for this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this matter is appropriate.

The undersigned notes that "Plaintiff's Motion For Summary Judgment And Memorandum Of Law In Support" (Document No. 15) includes an address for Plaintiff that is different than the address listed on the docket. (Document No. 15, p.80). Plaintiff, who is appearing *pro se*, is respectfully advised that she must keep the Court updated on her current address. See "Administrative Procedures Governing Filing And Service By Electronic Means," pp.3-4, Section (I)(D)(3) (http://www.ncwd.uscourts.gov/sites/default/files/general-orders/ADMINORDER.pdf.) ("A pro se party whose e-mail address, mailing address, telephone or fax number has changed shall notify the Clerk of a change of address and serve a copy of the notice on all other parties.").

**IT IS, THEREFORE, ORDERED** that Plaintiff contact the Clerk of Court to update or confirm her address, on or before **September 6, 2013**.

<u>The Clerk of Court is directed to send a copy of this Order, as well as Document No. 17, to Plaintiff by registered U.S. Mail, return receipt requested, at the following addresses</u>:

10906 Featherbrook Road
Apartment 1B
Charlotte, NC  28212

and

61010 H Delta Crossing Ln
Charlotte, NC  28212

**SO ORDERED**.

Signed: August 29, 2013

David C. Keesler
United States Magistrate Judge