IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-057-DCK

| LYNNETTE COLE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CHARLOTTE MECKLENBURG SCHOOL DISTRICT, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Request For Protective Order Sealing Confidential Records" (Document No. 60) filed April 28, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Defendant's counsel has informed the Court that the motion is unopposed. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Request For Protective Order Sealing Confidential Records" (Document No. 60) is **GRANTED**. The Clerk of Court is directed to seal Document Nos. 15-1 and 15-2.

Signed: April 30, 2014

David C. Keesler
United States Magistrate Judge